**William A. WECKEL, Plaintiff—Appellant,**

v.

**CIRCUIT COURT OF BALTIMORE COUNTY, MARYLAND; State of Maryland, Defendants—Appellees.**

No. 05–1290.

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 14, 2005.

William A. Weckel, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William A. Weckel appeals a district court order summarily dismissing his action against the Circuit Court for Baltimore County seeking declaratory relief. We have reviewed the record and the district court's memorandum and affirm for the reasons stated by the district court. *See Weckel v. Circuit Court for Baltimore County,* CA–05–295–WDQ (D.Md. Feb. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*